**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

TROY A. MASON,

      Petitioner,

   v.

UNITED STATES OF AMERICA,

      Respondent.

**CASE NO. 2:19-CV-4695
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson**

## ORDER

Petitioner has filed a Motion for Leave to Proceed *in forma pauperis* on appeal. (ECF No. 24.) However, on September 10, 2020, the Court entered final Judgment of dismissal, declining to issue a certificate of appealability and certifying that the appeal would not be in good faith and that an application to proceed *in forma pauperis* on appeal should be denied. (ECF Nos. 15, 16.) Therefore, Petitioner's Motion for Leave to Proceed *in forma pauperis* (ECF No. 24) is **DENIED**.

The Motion to Disregard the prior notice of appeal (ECF No. 21) is **GRANTED.**

**IT IS SO ORDERED.**

                                               **s/Edmund A. Sargus, Jr. 11/16/2020**
                                               EDMUND A. SARGUS, JR.
                                               United States District Judge